IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAURICIO LUNA-ARANDA, ) <br> ) <br> Defendants. ) | 8:06CR181 <br><br> REASSIGNMENT ORDER |

This matter is before this court sua sponte. This court believes that this case is related to Case No. 4:06CR3059 *United States v. Mauricio Luna-Aranda.*

IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision.

DATED this 5th day of July, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge